NIVES MONTERO, Respondent, v CARLOS MONTERO, Appellant.

Submitted November 7, 2011; decided January 17, 2012

Reported below, 85 AD3d 986; 2011 NY Slip Op 83116(U).

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or, in the alternative, leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the action within the

meaning of the Constitution; motion for leave to appeal otherwise denied.